# United States Bankruptcy Court
## Eastern District Of Virginia

In re _Elizabeth Corey Hart_, Case No. _19-10763 KHK_
Debtor

Chapter _13_

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): _Elizabeth Corey Hart_

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

- Plaintiff

- _Defendant_

- Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.

- Debtor _Elizabeth Corey Hart_
- Creditor _Wells Fargo_
- Trustee _Mr Thomas Gorman_
- Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: _Trustee Mr Gorman (48) Order Dismissed Case Without Prejudice_
2. State the date on which the judgment, order, or decree was entered: _____

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: _____ Attorney: _Thomas P Gorman_
   _300 N West St Ste 4_
   _Alexandria, Va 22314_  Tel: _703 836-2226_

2. Party: _____ Attorney: _____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

· Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_Elizabeth Corey Wood_ Date: _5/28/2019_
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)
Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

_____
_____

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re: )
)
ELIZABETH COREY HART, ) Case No. 19-10763-KHK
) Chapter 13
Debtor. )

## ORDER DISMISSING CASE WITH PREJUDICE

On May 9, 2019, the Court held a hearing on its Order Setting Hearing due to the Debtor's failure to timely file a Chapter 13 Plan and Lists, Schedules and/or Statements. Docket No.40. The Debtor failed to appear and Thomas P. Gorman, Esquire, the Chapter 13 Trustee, was present in person. For the reasons stated on the record, it is

**ORDERED**:

1. This case is dismissed with prejudice to re-filing under any chapter of the Bankruptcy Code in this or any other court for a period of <u>180 days</u> from the entry of this Order.

2. The Debtor is advised that she has 14 days within which to note an appeal of this Order.

3. The Clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: May 13 2019          /s/ Brian F. Kenney
                           Brian F. Kenney
Alexandria, Virginia       United States Bankruptcy Judge

Entered on Docket: May 14 2019

Copies to:

Elizabeth Corey Hart
1991 Brook Farm Court
Woodbridge, VA 22192
*Debtor*

Thomas P. Gorman, Esquire
300 N. Washington St. Ste. 400
Alexandria, VA 22314
*Chapter 13 Trustee*